October 19, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

BP AMERICA INC., BP PLC AND BP AMERICA PRODUCTION COMPANY, Appellants

NO. 14-15-01071-CV              V.

ESTRELLA SANTIAGO, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTIAN SANTIAGO, ET AL, Appellees

_____

        Today the Court heard appellants' unopposed motion to dismiss the appeal from the order signed by the court below on November 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

        We further order that each party shall pay its costs by reason of this appeal.

        We further order that mandate be issued immediately.

        We further order this decision certified below for observance.